UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NICOLE THOMPSON

        Plaintiff                          Case No. 1:19-cv-939

V.

                                            Hon. Janet T. Neff

SCOTT A. RENNER and
VELO ASSOCIATES P.L.C.

        Defendants

## MOTION FOR ALTERNATIVE SERVICE

Plaintiff moves for an order permitting service of process to be made on the defendants by alternative means pursuant to Fed.R.Civ.P. 4(e)(1) and M.C.R. 2.105(I).

In support of this motion, plaintiff states that personal service cannot reasonably be made because defendants are purposefully avoiding service and further attempts to personally serve the defendants would be futile.

Plaintiff suggests that mailing the summons and complaint to defendants' business address and/or tacking copies of the summons and complaint to the door of the business address or defendant Renner's home is reasonably calculated to give the defendants actual notice.

Dated December 12, 2019                         /s/ Michael O. Nelson
                                                            Michael O. Nelson P23546
                                                             Attorney for plaintiff
                                                              1104 Fuller NE
                                                              Grand Rapids, MI 49503
                                                              (616) 559-2665
                                                              Michconsumerlaw@gmail.com