UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NICOLE THOMPSON

    Plaintiff

Case No. 1:19-cv-939

V.

Hon. Janet T. Neff

SCOTT A. RENNER and
VELO ASSOCIATES P.L.C.

    Defendants

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff moves for summary judgment pursuant to Fed. R. Civ. P. 56 for the reason that there is no genuine issue as to any material act and the plaintiff is entitled to judgment as a matter of law.

Plaintiff moves for summary judgment on her claim under the Fair Debt Collection Practices Act. Plaintiff submits that there is no genuine issue of material fact as to liability or the amount of damages and that plaintiff is entitled to actual damages of $2,720.00 and additional damages in an amount to be determined by the Court not more than $1,000.00.

Plaintiff moves for summary judgment on her claim under the Michigan Collection Practices Act. Plaintiff submits that there is no genuine issue of material fact as to liability or the amount of damages and that plaintiff is entitled to damages of not less than $8,160.

Dated July 14, 2020

/s/ Michael O. Nelson
Michael O. Nelson P23546
Attorney for plaintiff
1104 Fuller NE
Grand Rapids, MI 49503
(616) 559-2665

Michconsumerlaw@gmail.com