EXHIBIT C

STATE OF MICHIGAN
IN THE 61ST JUDICIAL DISTRICT COURT FOR THE COUNTY OF KENT

ST MARYS HOSPITAL                           CASE NO. 12GC6327
    Plaintiff

vs

NICOLE THOMPSON
    Principal-Defendant

vs

INGALLS MEMORIAL HOSPITAL, THE
    Garnishee-Defendant

| VELO LAW OFFICE | INGALLS MEMORIAL HOSPITAL, THE |
|---|---|
| Scott A Renner (P73003) | Payroll / CT Corp |
| Attorney for Plaintiff | Garnishee-Defendant |
| 1750 Leonard Street NE | 208 SO Lasalle St Ste 814 |
| Grand Rapids MI 49505 | Chicago IL 60604 |
| (616) 333-0707 | (708) 429-3300 |

## GARNISHESS INTERROGATORIES

1.) **INTERROGATORY:** What was the Principal-Defendant's first day of earnings (payment) with your organization?

    **ANSWER:** 11/16/15

2.) **INTERROGATORY:** If the Principal-Defendant is no longer employed or an active contractor, what was the Principal-Defendant's last day of earnings with your organization, on what date did you last issue the Principal-Defendant a payment, and what was the listed reason for the Principal-Defendant's departure from your organization?

    **ANSWER:** Last Date Worked: N/A
    Last Date Paid:
    Reason for Departure:

3.) **INTERROGATORY:** What is the Principal-Defendant's current/last known residence address and telephone number?

    **ANSWER:** 2862 191st Place
    Calumet City, IL 60409
    616-780-1499

4.) **INTERROGATORY:** Other than the Garnishee-Defendant, please list any and all known or possible employers for the Principal-Defendant?

    **ANSWER:** MedCentrix, Inc.
    1551 Huntington Drive
    Calumet City, IL 60409

5.) **INTERROGATORY:** Does Garnishee-Defendant have any other active claims/Garnishments (i.e. tax liens, child support, alimony, and/or other Judgments) against Principal-Defendant's earnings/assets? If so, please list what date was each claim was received by Garnishee-Defendant, what court issued the claim/garnishment, who filed said claim, what amount(s) have been paid on each claim, what amount remains to be paid,

**ANSWER:** No

| Date Received | Court | Issued By | Amt Paid | Amt Remaining |
|---|---|---|---|---|
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

6.) **INTERROGATORY:** Is/Was the Principal-Defendant paid by check, cash, or direct deposit? If Principal-Defendant was paid by check, please provide a copy of the two (2) most recent cleared/cancelled checks. If Principal-Defendant was paid by direct deposit, please provide the name of the financial institution/bank/credit union/pay card and/or routing number to which the funds were deposited.

**ANSWER:** ███████████████

7.) **INTERROGATORY:** Please list the total gross and net pay of the Principal-Defendant's last two (2) pay dates. In the alternative, provide copies of the Principal-Defendant's last two (2) pay stubs.

**ANSWER:** Gross Pay: 1)$ 3075.20  2)$ 3075.20
Net Pay: 1)$ 2087.97  2)$ 2087.97

8.) **INTERROGATORY:** What is the Principal-Defendant's pay rate and average hours per week?

**ANSWER:** Pay Rate: 38.44
Total Weekly Hours: 40

9.) **INTERROGATORY:** Provide a copy of each and every document relied upon in answering the foregoing interrogatories.

**ANSWER:** N/A

10.) **INTERROGATORY:** Please provide the name, title, business address and business phone number of the person completing this request, and fax number.

**ANSWER:** Lynn Ostrowski, HR Generalist
Med Centrix, Inc.
1551 Huntington Drive
Calumet City, IL 60409
ph 708-915-6715  fx 708-915-5927

Respectfully submitted,

Dated: March 20, 2019    /s/ [signature]

**VELO LAW OFFICE**
Scott A Renner (P73003)    Joshua Z Kosmerick (P80941)
Brittney R Rocha (P82071)    Chelsea L Kendziorski (P82973)
Delaney M Callahan (P83109)    Lindsey A Plummer (P79008)

RR-0002188545
G101c

This is an attempt to collect a debt and any information obtained would be used for that purpose.

[Michigan]    -2-

VELO LAW OFFICE