EXHIBIT D

| | | Original - Court | | 2nd copy - Defendant |
|---|---|---|---|---|
| Approved, SCAO | | 1st copy - Plaintiff | | 3rd copy - Garnishee |

| STATE OF MICHIGAN | OBJECTIONS TO GARNISHMENT | CASE NO. |
|---|---|---|
| 61st JUDICIAL DISTRICT / JUDICIAL CIRCUIT | AND NOTICE OF HEARING | 12GC6327 |

**Court address**  
180 Ottawa NW, Grand Rapids, MI 49503

**Court telephone no.**  
616.632.5555

| Plaintiff's name, address, and telephone no. (judgment creditor) | | Defendant's name, address, and telephone no. (judgment debtor) |
|---|---|---|
| St. Mary's Hospital | v | Nicole Thompson<br>by Michael O. Nelson P23546<br>1104 Fuller NE<br>Grand Rapids, MI 49503<br>(616) 559 2665 |

| Plaintiff's attorney, bar no., address, and telephone no. | Garnishee's name, and address |
|---|---|
| Scott A Renner P73003<br>1750 Leonard NE<br>Grand Rapids, MI 49505<br>616.333.0707 | Ingalls Memorial Hhospital<br>201 Lasalle St. Ste 314<br>Chicago. IL 60504 |

**OBJECTIONS TO GARNISHMENT**

☑ 1. I object to the writ of garnishment issued on <u>March 14, 2019</u> and request a hearing because
   Date

  ☐ a. the funds or property are exempt (protected) from garnishment by law.
  ☐ b. of bankruptcy proceedings. Case No: _____
  ☐ c. I have an installment payment order, issued on _____ . Court: _____ Case No: _____
  ☐ d. the maximum amount permitted by law is already being withheld by another court order.
  ☐ e. the judgment has been paid.
  ☑ f. the writ was not properly issued or is otherwise invalid because <u>This Court does not have jurisdiction over the Illinois garnishee. MCL 600.4011</u>

☐ 2. I object to the written statement I received from the creditor because the balance of the judgment is wrong.

3. I was served with the   ☑ writ of garnishment   ☐ written statement   on <u>April 2, 2019</u>
                                                                              Date

<u>4/12/19</u>                         _____
Date                                   Signature of defendant

To be completed by the court.

**NOTICE OF HEARING ON OBJECTIONS**

1. A hearing will be held on _____ at _____ at _____
                             Date      Time       Location
   _____ before Hon. _____ .

2. The defendant and plaintiff are required to appear.
3. The garnishee   ☐ is   ☐ is not   required to appear.
4. ☐ a. Objections were filed within 14 days of the defendant being served with the writ of garnishment or written statement.
       The garnishee shall continue to withhold funds but shall **not** release withheld funds until further order of the court.
   ☐ b. Objections were filed 14 days or more after the defendant was served with the writ of garnishment or written statement.
       The garnishee shall continue to withhold and release funds unless otherwise ordered by the court.

_____                         _____
Date                                             Deputy court clerk

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**CERTIFICATE OF MAILING**

I certify that on this date I served a copy of this objection and notice on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

_____                         _____
Date                                             Defendant's signature/District court clerk

MC 49 (4/18)  OBJECTIONS TO GARNISHMENT AND NOTICE OF HEARING          15 USC 1672, 15 USC 1673, MCR 3.101(K)