EXHIBIT E

| | | |
|---|---|---|
| Approved, SCAO | | Original - Court<br>1st copy - Plaintiff<br>2nd copy - Garnishee<br>3rd copy - Defendant |

| STATE OF MICHIGAN<br>61st JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | ORDER ON OBJECTIONS<br>TO GARNISHMENT | CASE NO.<br>2012-GC-6327 |
|---|---|---|

Court address: 180 Ottawa NW, Ste 1400, Grand Rapids MI 49503  
Court telephone no.: 6166325555

| Plaintiff's name, address, and telephone no. (judgment creditor) | | Defendant's name, address, and telephone no. (judgment debtor) |
|---|---|---|
| St Marys Hospital | v | Nicole Thompson c/o Michael O Nelson P 23546<br>1104 Fuller NE<br>Grand Rapids MI 49503 |
| Plaintiff's attorney, bar no., address, and telephone no.<br>Scott Renner P73003<br>1750 Leonard NE<br>Grand Rapids MI 49505 | | Garnishee's name and address<br>Ingalls Memorial Hospital, The Attn Payroll CT Corp<br>208 SO Lasalle St Ste 814<br>Chicago IL 60604 |

1. On **4/16/19** the defendant filed an objection to the writ of garnishment dated **3/14/19**.

2. A hearing on the objection was held on **5/21/191**.

3. The objections are
   - ☒ valid.
   - ☐ invalid.

**IT IS ORDERED:**

4. The garnishee shall

   ☐ a. immediately release
   - ☐ all withheld funds
   - ☐ $_____
   
   to the
   - ☐ plaintiff/attorney.
   - ☐ court.
   
   The garnishee shall continue withholding and payment of funds as previously ordered by the court.

   ☒ b. immediately release all withheld funds to the defendant. The writ of garnishment is released.

Date: 5/21/19    Judge _____ Bar no. _____

**CERTIFICATE OF MAILING**

I certify that on this date I served a copy of this order on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined in MCR 2.107(C)(3).

Date: 5/22/19    Deputy court clerk

MC 51 (3/08) ORDER ON OBJECTIONS TO GARNISHMENT    MCR 3.101(K)