UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE THOMPSON,

       Plaintiff,                            Case No. 1:19–cv–939

v.                                       Hon. Janet T. Neff

SCOTT A. RENNER, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):        Motion for Summary Judgment (ECF No. 34)
Date/Time:       January 14, 2021   01:30 PM
Judge:            Janet T. Neff
Place/Location:  by video

*In response to the current public health concerns resulting from the COVID–19 pandemic of 2020, this hearing will be conducted via video conference. Counsel must appear via video conference. Instructions as to the video conference will be provided to Counsel at a later date, and to the public upon request. Counsel are placed on notice that appearance via video is limited to this proceeding only. Each side will be permitted 15 minutes for any argument. Requests to adjourn or reschedule the hearing will not be favored.*

                                                       JANET T. NEFF
                                                       United States District Judge

Dated:  December 4, 2020        By:   /s/ Rick M. Wolters
                                                   Case Manager