UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NICOLE THOMPSON

        Plaintiff                       Case No. 1:19-cv-939

V.

                                     Hon. Janet T. Neff

SCOTT A. RENNER and
VELO ASSOCIATES P.L.C.

        Defendants

## MOTION FOR JUDGMENT

Aa directed by the court, the parties have exchanged information and discussed the form of a proposed judgment but have not been able to agree on the terms of a judgment. Therefore, plaintiff files this motion requesting entry of a judgment according to the following terms or such other terms as the court may decide.

For the reasons stated in the brief in support of this motion, plaintiff requests a judgment against defendants for damages in the amount of $3,720.00 and an award of costs and attorney fees pursuant to 15 U.S.C. § 1692k(a)(3) in the amount of $18,875.00.

Dated: February 3, 2021                            /s/ Michael O. Nelson
                                                      Michael O. Nelson P23546
                                                      Attorney for plaintiff
                                                      1104 Fuller NE
                                                      Grand Rapids, MI 49503
                                                      (616) 559-2665
                                                      Michconsumerlaw@gmail.com